[No. 51313-3-I.   Division One.   August 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CASON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07063-5, Steven C. Gonzalez, J., entered October 28, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51422-9-I.   Division One.   August 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. IGNACIO GARCIA-SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-04500-2, Douglas D. McBroom, J., entered November 4, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51445-8-I.   Division One.   August 18, 2003.]

DAVID A. SIMONOWITZ, ET AL., *Respondents*, v. BELLEVUE WAY NORTHEAST 12TH STREET PARTNERSHIP, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 02-2-08796-5, James A. Doerty, J., entered March 21, September 6, and October 25, 2002. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Grosse and Cox, JJ.

[No. 51507-1-I.   Division One.   August 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS CHARLES COOK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00178-1, Charles S. French, J., entered November 7, 2002. *Affirmed* by unpublished per curiam opinion.